443 A.2d 371

Commonwealth v. Gerrick, Appellant.

Submitted February 17, 1981. Franklin D. Green, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.

443 A.2d 371

Commonwealth v. Gill, Jr., Appellant.

Argued November 16, 1981. Merritt E. McKnight, for appellant; Frederick Lingle, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.